*In The united States District Court*
*Northern District of Georgia*
*Atlanta Division*

~~IN THE STATE COURT OF FULTON COUNTY~~
~~STATE OF GEORGIA~~

FILED IN CLERKS OFFICE
U.S.D.C. Atlanta

APR 2 9 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| MISTY STONE | : | |
| | : | |
| Plaintiff | : | Civil Action No. |
| vs. | : | ~~10EV009445~~ |
| | : | |
| PALISADES COLLECTION, LLC., | : | |
| | : | |
| Defendant. | : | **1:10-CV-1294** |

**WSD**

## NOTICE OF REMOVAL

PALISADES COLLECTION, LLC ("Palisades") hereby gives notice of the

removal of the above styled action from the State Court of Fulton County to the

United States District Court for the Northern District of Georgia, Atlanta Division

pursuant to 28 USCS §1441 and 1446. As grounds, Palisades shows this Court as

follows;

1.  On February 24, 2010, Plaintiff Misty Stone filed suit against

    Palisades in the State Court of Fulton County.

2.  This Notice of Removal is timely filed in that it is filed within 30 days

    after service of the Complaint and Summons served via process server

    on April 6, 2010.

3.  The Complaint alleges that Palisades violated various provisions of 15

    USCS §1692 and as such presents a federal question to which the

district court has original jurisdiction pursuant to 28 USCS §1331.
Specifically, Plaintiff's cause of action against Palisades alleges
violations of a federal statute.

4.     Pursuant to 28 U.S.C.S. §1446(a), copies of all process, pleadings and
orders filed in the State Court of Fulton County, Georgia and served
upon Palisades are attached hereto as Exhibit "A".

5.     Pursuant to 28 U.S.C.S. §1446(d), a copy of this notice has been
served on Plaintiff and has been filed in the State Court of Fulton
County.

6.     By filing this Notice, Palisades does not waive any defense that it may
possess or concede that Plaintiff has stated a viable claim against it.
Palisades will respond to Plaintiff's Complaint as required by Federal
Rule of Civil Procedure 81(c)(2).

WHEREFORE, Palisades asks for the removal of this action pending in the
State Court of Fulton County, Georgia to the Atlanta Division of the United States

District Court for the Northern District of Georgia.

This 29th day of April, 2009.

                                                McCULLOUGH PAYNE & HAAN, LLC

171 17th Street, NW, Suite 975     /s/ Jeremy T. McCullough

Atlanta, GA 30363                   Jeremy T. McCullough

(404) 873-1386                   Georgia Bar No 465211

(404) 875-4817 (F)              jtmccullough@mphlawfirm.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I do hereby certify that on this day, I served a copy of the within and

foregoing NOTICE OF REMOVAL upon the following by mailing a copy thereof

by U.S. Mail, in a properly addressed envelope with adequate postage affixed

thereon to:

**Plaintiff's Attorney:**
E. Scott Fortas
Fortas Law Group, LLC
1936 North Druid Hills Road, NE Suite 100B
Atlanta, Georgia 30319

State Court of Fulton County
Fulton County Courthouse
185 Central Avenue, S..W.
Atlanta  GA  30303
And via efile

This 29th day of April, 2009.

/s/Jeremy T. McCullough
Jeremy T McCullough
GA Bar No. 465211
171 17th Street, NW
Suite 975
Atlanta, Georgia 30363
(404) 873-1386